### SMITH V. THE STATE.
#### *Crime.*
(Decided May 20, 1909. 49 South. 688.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

LEITH & GUNN, for appellant.

ALEXANDER M. GARBER, Attorney-General, for the state.

MCCLELLAN, J.—No error appearing the judgment is affirmed.

DOWDELL, C. J., ANDERSON and SAYRE, JJ., concur.

_____

### THE STATE V. LEE, ET AL.
#### *Habeas Corpus.*
(Decided June 17, 1909. 49 South. 1038.)

APPEAL from Shelby Probate Court.

Heard before Hon. A. P. LONGSHORE.

ALEXANDER M. GARBER, Attorney-General, for the state.

No counsel marked for appellee.

ANDERSON, J.—Reversed and remanded on the authority of *The State v. Stracener*, 160 Ala. 123; 49 South 301.

SIMPSON, DENSON and MAYFIELD, JJ., concur.